# IN THE SUPREME COURT OF THE STATE OF NEVADA

SLATER LANCE YOHEY,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 70904

SLATER LANCE YOHEY,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 70905

**FILED**

SEP 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY

DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se notices of appeal from judgments of conviction. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

The notices of appeal were untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. Elliott A. Sattler, District Judge
Slater Lance Yohey
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2